## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE K-V PHARMACEUTICAL COMPANY DERIVATIVE LITIGATION ) ) ) | Case No. 4:07-cv-00384-HEA |
| This Document Relates to: ) ) | **STIPULATION AND [PROPOSED] ORDER STAYING LITIGATION TO PERMIT MEDIATION** |
| ALL ACTIONS. ) ) | |

WHEREAS, motions are currently pending, including Nominal Defendant KV Pharmaceutical Company's Motion to Terminate Derivative Litigation Pursuant to Special Committee Recommendation, which are expected to require costly and time-consuming discovery; and

WHEREAS, the parties have cooperated previously in informal exchanges of information and participated in settlement discussions, which were unable to resolve the matter but established numerous points of potential agreement; and

WHEREAS, Plaintiffs and the undersigned Defendants agree that there is a reasonable likelihood that mediation before a nationally recognized mediator could assist them in resolving this matter; and

WHEREAS, the parties have agreed on the selection of Nicholas J. Politan, a retired U.S. District Court Judge (D.N.J.), as mediator, and Judge Politan has agreed to serve in that capacity but is unable to meet with the parties before either March 31, 2008 or April 2, 2008 on his current calendar.

NOW THEREFORE, the undersigned parties stipulate and ask the Court to enter the proposed order staying further proceedings in this matter until April 9, 2008, one

week after the later of the two potential mediation dates; the parties will request that Judge Politan report directly to the Court as to the status of mediation and whether delay of proceedings past April 9, 2008, appears justified.

The parties certify and assure the Court that this proposed stay of proceedings is not intended to unduly delay the orderly conduct of this litigation, but is based on the judgment by the undersigned counsel that mediation has a serious prospect of success and expenditure of significant sums in discovery and other proceedings before the scheduled mediation would not be constructive.

Dated: February 14, 2008               Respectfully submitted,

                                       DANNA MCKITRICK, P.C.

                                       **/s/ Jeffrey R. Schmitt**
                                       Jeffrey R. Schmitt, # 498759
                                       James M. Heffner, # 518157
                                       150 N. Meramec Ave., 4th Floor
                                       St. Louis, MO 63105
                                       Telephone: (314) 889-7189
                                       Facsimile: (314) 725-6592
                                       *Attorneys for Plaintiffs*

                                       SCHIFFRIN BARROWAY
                                       TOPAZ & KESSLER, LLP
                                       Eric L. Zagar
                                       Michael C. Wagner
                                       J. Daniel Albert
                                       280 King of Prussia Road
                                       Radnor, PA 19087
                                       Telephone: (610) 667-7706
                                       Facsimile: (610) 667-7056
                                       *Lead Counsel for Plaintiffs*

BRYAN CAVE LLP

**/s/ John Michael Clear**
John Michael Clear, # 2828
Ellen E. Bonacorsi, # 2667
James R. Wyrsch, # 530429
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

*Attorneys for Defendants Marc S. Hermelin, Norman D. Schellenger, Gerald R. Mitchell, Kevin S. Carlie, Raymond F. Chiostri, David S. Hermelin, Michael S. Anderson, Richard H. Chibnall, Philip J. Vogt, Eric D. Moyerman, Paul T. Brady, Garnet E. Peck, Ph.D, Jean M. Bellin, David A. Van Vliet, John P. Isakson, and KV Pharmaceutical Company*

SPENCER FANE BRITT
& BROWNE LLP

**/s/ Gerald P. Greiman**
Gerald P. Greiman, # 3276
Anne M. Lindner, # 5533403
1 North Brentwood Boulevard, Suite 1000
St. Louis, MO 63105-3925
Telephone: (314) 863-7733
Facsimile: (314) 862-4656
*Attorneys for Defendant Mitchell I. Kirschner*

SUMMERS, COMPTON, WELLS &
HAMBURG, P.C.

/s/ **Jill R. Rembusch**
Jill R. Rembusch
8909 Ladue Road
St. Louis, Missouri 63124
Telephone: (314) 991-4999
Facsimile: (314) 991-2413
*Attorneys for Defendant Terry B. Hatfield*

ROSENBLUM, GOLDENHERSH,
SILVERSTEIN & ZAFFT, P.C.

/s/ **Richard S. Bender**
Richard S. Bender, # 2614
David G. Bender, # 119824
7733 Forsyth Blvd., 4th Floor
St. Louis, Missouri 63105
Telephone: (314) 726-6868
Facsimile: (314) 726-6786
*Attorneys for Defendant Victor Hermelin*

\* \* \*

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/15/08

_____
The Hon. Henry Edward Autrey
United States District Judge

4